UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3:09cv23 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| $16,260 IN UNITED STATES CURRENCY, | ) | |
| Defendant Property | ) | |

The United States of America in Government's Response Regarding Notice to Potential Claimants (Doc. No. 10) satisfactorily complied with this Court's order of May 18 2009 (Doc. No. 9), directing the Government to explain how it complied with all constitutional and statutory requirements for notice. The Government is hereby ORDERED to submit to the Court a proposed order of forfeiture on the defendant property.

IT IS SO ORDERED.

Signed: December 18, 2009

Frank D. Whitney
United States District Judge